UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LARRY BEMBOOM, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 2:08CV00067 JCH |
| | ) | |
| TOM DUNN, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court on Defendants' Motion to Compel Discovery (Doc. No. 32) and Defendants' Motion to Dismiss For Failure of Plaintiff to Prosecute (Doc. No. 33).

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Discovery (Doc. No. 32) is **GRANTED**. Plaintiff shall provide his responses to Defendants' Request for Production of Documents no later than **September 14, 2009**. If Plaintiff fails to comply with this Court's Order, he may be subject to sanction, including possible dismissal of his case.

**IT IS HEREBY FURTHER ORDERED** that Defendants' Motion to Dismiss For Failure of Plaintiff to Prosecute (Doc. No. 33) is **DENIED**. Pursuant to Fed.R.Civ.P. 26(a)(1)(B)(iv), plaintiff, as an incarcerated person, is not required to provide initial disclosures.

Dated this 17th day of August, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE