UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LARRY BEMBOOM, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:08CV00067 JCH |
| ) | |
| TOM DUNN, ) | |
| ) | |
| Defendant(s). ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are dismissed.

Dated this 15th day of December, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE